IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 1:13-cv-07751

KIMBERLY HOLT,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION
BUREAU, INC.; CREDIT MANAGEMENT, LP;
PENN CREDIT CORPORATION; ENHANCED
RECOVERY COMPANY, LLC; and
TJ SERVICES, INC. d/b/a CREDIT CONTROL
CORPORATION,

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS FIRST NATIONAL COLLECTION BUREAU, INC., CREDIT MANAGEMENT, LP, PENN CREDIT CORPORATION AND ENHANCED RECOVERY COMPANY, LLC ONLY

**NOTICE IS HEREBY GIVEN** that Plaintiff has reached a settlement with respect to her claims against Defendants First National Collection Bureau, Inc., Credit Management, LP, and Enhanced Recovery Company, LLC only. Plaintiff's claims against Defendants Penn Credit Corporation and TJ Services, Inc. remain pending.

DATED: January 13, 2014                      Respectfully submitted,
                                                    **KIMBERLY HOLT**

                                                    By: <u>s/ Alex Weisberg</u>
                                                    ALEX D. WEISBERG
                                                    IBN: 6271510
                                                    WEISBERG & MEYERS, LLC
                                                    ATTORNEYS FOR PLAINTIFF
                                                    5722 S. Flamingo Road, Ste. 656
                                                   Cooper City, FL 33330
                                                    (954) 212-2184
                                                    (866) 577-0963 fax
                                                    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 13th day of January, 2014, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. James R Bedell and Stacie E. Barhorst, jim.bedell@lawmoss.com and sbarhorst@kpglaw.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com