**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NO. 1:13-cv-07751

KIMBERLY HOLT,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION
BUREAU, INC.; CREDIT MANAGEMENT, LP;
PENN CREDIT CORPORATION; ENHANCED
RECOVERY COMPANY, LLC; and
TJ SERVICES, INC. d/b/a CREDIT CONTROL
CORPORATION,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANTS FIRST NATIONAL COLLECTION BUREAU, INC., CREDIT MANAGEMENT, LP, PENN CREDIT CORPORATION AND ENHANCED RECOVERY COMPANY, LLC ONLY**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District of Illinois, Plaintiff's Notice of dismissal of all claims against Defendants First National Collection Bureau, Inc., Credit Management, LP, Penn Credit Corporation and Enhanced Recovery Company, LLC, *with Prejudice*, with all claims pending against said Defendants having been settled.

DATED: February 27, 2014

    Respectfully submitted,
    **KIMBERLY HOLT**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    IBN: 6271510
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 290
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing Notice of Dismissal was filed on February 27, 2014, by means of the Court's CM/ECF system which will send notice of electronic filing to all counsel of record as follows: James R Bedell, jim.bedell@lawmoss.com, and Stacie E. Barhorst, sbarhorst@kpglaw.com.

    By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 290
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com