# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kimberly Holt

                                  Plaintiff,

v.                                                    Case No.: 1:13–cv–07751

                                                          Honorable James B. Zagel

TJ Services, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2014:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to Plaintiff's Notice of Dismissal [24], this matter is dismissed with prejudice with respect to all claims against Defendants First National Collection Bureau, Inc., Credit Management, LP, Penn Credit Corporation and Enhanced Recovery Company, LLC. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.